# United States District Court

WESTERN DISTRICT OF WASHINGTON

QUILLON EDWARD CLEMONS

JUDGMENT IN A CIVIL CASE

v.

PAUL PASTOR, PIERCE COUNTY SHERIFF

CASE NUMBER: C11-5397BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Clemon's motion to voluntarily dismiss is **DENIED**;

The R&R is **ADOPTED**;

A Certificate of Appealability is **DENIED**; and

This petition is **DISMISSED with prejudice**.

| | |
|---|---|
| September 22, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |